IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 6:16-CR-00017 |
| | § | |
| HALEY STILL, et al | § | |

## NOTICE OF ATTORNEY APPEARANCE

The United States hereby designates the following Assistant United States Attorney as co-counsel in this case, replacing Assistant United States Robert James Middleton, and respectfully requests that the same be noted by the Clerk of the Court and that this attorney be added to the list of counsel in this case to receive all future notices, orders, and filings via the Court's CM/ECF system:

>MARY ANN COZBY
>Assistant United States Attorney
>Texas Bar No. 02656020
>110 N. College, Suite 700
>Tyler, Texas 75702
>(903) 590-1400
>(903) 590-1439 Fax
>Mary.Ann.Cozby@usdoj.gov

**Notice of Attorney Appearance - Page 1**

Respectfully submitted,

JOSEPH D. BROWN
UNITED STATES ATTORNEY


*/s/ Mary Ann Cozby*
MARY ANN COZBY
Assistant United States Attorney
Texas Bar No. 02656020
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 Fax
Mary.Ann.Cozby@usdoj.gov


**Certificate of Service**

I hereby certify that the Notice of Appearance herein has been served on counsel for defendant via the Court's CM/ECF filing system on April 21, 2020.


*/s/ Mary Ann Cozby*
MARY ANN COZBY